1012

No. 77–488. SEA-LAND SERVICE, INC. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–489. CITY OF WILLCOX ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–490. BARTER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–505. IRWIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–540. MOORE ET AL. v. HAMPTON ROADS SANITATION DISTRICT COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–542. FURRATE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–548. BERLIN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–564. HUNTINGTON TOWERS, LTD., ET AL. v. FEDERAL RESERVE BANK OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–572. JENKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–577. COLEMAN ET AL. v. RICE, DIRECTOR, DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–594. STONE v. EXPORT-IMPORT BANK OF THE UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–597. HOOVER ET UX. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.